IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYRUS R. SANDERS,** | : | |
| Plaintiff | : | CIVIL NO. 1:10-CV-01241 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **EMANUEL ROSE, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of February 2016, upon consideration of Defendants' Motion to Dismiss (Doc. No. 113), and for the reasons stated in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** the Motion (Doc. Nos. 113) is **GRANTED IN PART AND DENIED IN PART** as follows:

1) Plaintiff's claim of excessive use of force is hereby **DISMISSED** as to all Defendants except Officers Rose, Cryder, Brant, Throne, Lehman, and the Unknown Officers;

2) Defendants' motion to dismiss is hereby **DENIED** as to Plaintiff's retaliation claim;

3) Plaintiff's claim that Defendants failed to intervene in the assault is hereby **DISMISSED** as to all Defendants except Officers Cryder, Brant, Throne, Lehman, and the Unknown Officers;

4) Defendants' motion to dismiss is hereby **DENIED** as to Plaintiff's claims of substantive and procedural due process violations resulting from the November 2, 2009 misconduct hearing;

5) Plaintiff's claim regarding the seizure of his mail is hereby **DISMISSED** as to all Defendants;

6) Plaintiff's claim regarding the inadequacy of the prison grievance procedure is hereby **DISMISSED** as to all Defendants;

7) Defendants shall file an answer to the remaining claims in the complaint within twenty (20) days of the date of this order.

      S/ Yvette Kane
YVETTE KANE
U.S. District Judge
U.S. District Court
Middle District of Pennsylvania