UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYRUS R. SANDERS,** | : | |
| Plaintiff | : | No. 1:10-CV-01241 |
| vs. | : | (Judge Kane) |
| **EMANUEL ROSE, ET AL.,** | : | |
| Defendants | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to clarify (Doc. No. 135) is **GRANTED** as set forth below.

2. The only claims that remain in this action are (1) the excessive force and failure to intervene claims leveled against Defendants Rose, Cryder, Throne and the Unknown Officers, and (2) the procedural and substantive due process claims leveled against Defendants Hewitt and Cufarro. All other claims are DISMISSED and all other Defendants terminated from this action.

 S/ Yvette Kane
 Yvette Kane
 United States District Judge

Date: May 17, 2016