UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYRUS R. SANDERS,<br>    Plaintiff<br><br>    v.<br><br>EMANUEL ROSE, <u>et al.</u>,<br>    Defendants | No. 1:10-CV-01241<br><br>(Judge Kane) |

## ORDER

**AND NOW**, this 26th day of September 2017, upon consideration of Defendants' motion for summary judgment (Doc. No. 158), brief in support (Doc. No. 159), statement of facts (Doc. No. 160), reply brief (Doc. No. 163), and Plaintiff's brief in opposition (Doc. No. 162), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 158), is **GRANTED**; and

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Emanuel Rose, Joann Cryder, Throne, Lt. Hewitt, Jill Cuffaro, and the Unknown Officer, and to **CLOSE** this case.

                                              s/Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania