# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYRUS R. SANDERS,** : | |
|     **Plaintiff,** : | |
| : | No. 1:10-cv-01241 |
| **v.** : | |
| : | (Judge Kane) |
| **EMANUEL ROSE, et al.,** : | |
|     **Defendants** : | |

## ORDER

    **AND NOW**, on this 12th day of January 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 189) is **DENIED**;

2. The above-captioned case is **REFERRED** to the Court's Prisoner Litigation Settlement Program;

3. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator;

4. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached;

5. The parties shall complete mediation within forty-five (45) days of the date of this Order; and

6. The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.

                                                                s/ Yvette Kane
                                                                 Yvette Kane, District Judge
                                                                 United States District Court
                                                                 Middle District of Pennsylvania